**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 02 2021**

**JEFFREY P. COLWELL
CLERK**

Civil Action No. _____
(To be supplied by the court)

Isam Graoui (AKA: Issam, SAM) , Plaintiff,

v.

Denver International Airport

Denver Police Department ,

Denver Sheriffs Department ,

Allied Security Services ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 1/30/07)

**A. PARTIES**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

1. Issam Graoui #PID 622307    Booking # 408011-2021
(Plaintiff's name, prisoner identification number, and complete mailing address)
Address: 951 20th st   General Delivery   Denver 80202

2. Denver international Airport
(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:

_____

_____

3. Denver Police Department
(Name, title, and address of second defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:

_____

_____

4. Denver sheriffs Department
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:

_____

_____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    ✓    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    All inccedents Happened at the Denver International Airport which is Federal Properties

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

1) Harrasement

2) Dicrimination

3) unlegall Arrest

4) Kinapping

5) Assolt

(Rev. 1/30/07)                                    3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _To whom It may Concern_

Supporting Facts:

On more than Twelve (12) incidents, (Exact Dates and locations will be provided upon Requ I was Harrased, Discriminated Against, unlegally Arrested/ Kinapped and Assulted at one point by the Denver International Airport Police. I suffered a broken Rib from the Assult (the Hospital Report will be provided upon Request)

All Evidence will be provided upon the Court's Suppinae To Denver International Airport, the Officer's body cameras, and The RTD Train plotform at the Airport where the Assult Happened.

sincerly,

(Rev. 1/30/07)                    4

2. Claim Two: _____ N/A _____

Supporting Facts:

3.   Claim Three: _____ *N/A* _____

    Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? X Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _Isam. Graoui_

2. Docket number and court name: _N/A_

3. Claims raised in prior lawsuit: _Same_

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _Un Known_

5. If the prior lawsuit was dismissed, when was it dismissed and why? _Unknown_

6. Result(s) of any appeal in the prior lawsuit: _Unknown_

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ___ Yes X No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes X No (CHECK ONE).

(Rev. 1/30/07)                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I'Am Suing for the Sun of 20 million Dollars for my relief, my Pain and suffering and the permenant Sycolagical Damage, as well as all the imprisonment that was Caused.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 07/25/21
/(Date)

_____
(Prisoner's Original Signature)

**Denver Sheriff Department**
P.O. Box 1108
Denver, CO 80201

DENVER CO 802

29 JUL 2021 PM 2

U.S. POSTAGE >> PITNEY BOWES

ZIP 80204 **$ 000.71⁰**
02 4W
0000345735 JUL. 28. 2021

Clerk of the Court
Alfred A. Arraj United States Courthouse
~~901 19th~~

901 19th street Room 105
Denver Co 80294-3589

**Legal Mail**

80294-250099

